**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DIEGO ENRIQUE RIVAS-VILLALOBOS,

Petitioner,

v. No. 2:26-cv-00699-MLG-JMR

DORA CASTRO, Warden of Otero County Processing Center,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING RESPONDENTS TO PROVIDE AN UPDATED AFFIDAVIT ON THE STATUS OF PETITIONER'S REMOVAL**

This matter is before the Court on Petitioner Diego Enrique Rivas-Villalobos's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), Doc. 1. The Court, having considered the Petition, having held a hearing on October 30, 2026, and being otherwise fully informed, finds the Petition is not well-taken.

The Court denies the Petition for the reasons stated on the record at the hearing. *See* 8 U.S.C. § 1231(a)(1)(C) ("The removal period shall be extended beyond a period of 90 days and the [noncitizen] may remain in detention during such extended period if the [noncitizen] . . . conspires or acts to prevent the [noncitizen]'s removal subject to an order of removal."); *Pelich v. Immigr. & Naturalization Serv.*, 329 F.3d 1057, 1057 (9th Cir. 2003) ("Petitioner's detention in this case is indefinite only because he refuses to cooperate with the Immigration and Naturalization Service's ("INS") efforts to remove him. In such a circumstance, Petitioner has no cause to complain . . . ."); *see generally Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) ("[A] [noncitizen] may be held in confinement until it has been determined that there is no significant likelihood of removal in the reasonably foreseeable future."). As discussed, the USAO shall file an updated

affidavit from Immigration & Customs Enforcement ("ICE") no later than 5pm MT on Friday, November 6, 2026, clarifying the status of their removal plan, detailing the country Rivas-Villalobos will be removed to and the timeline for that removal, and demonstrating the third country's willingness to accept Rivas-Villalobos following his deportation from the United States.

A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA